No. 5,160.—Department One.]

## HENRY YOUNG v. W. A. THOMPSON ET AL.

DEMURRER—INJUNCTION.—The plaintiff having obtained judgment in eject-
ment against S., the latter appealed, and the judgment was affirmed. The
plaintiff brought an action against the sureties on the undertaking on appeal.
They answered, averring that the execution of the said judgment had been
enjoined, the answer showing that the facts upon which the injunction was
obtained arose after the date of the judgment. The plaintiff demurred to
the answer; the demurrer was sustained; judgment was entered for the
plaintiff, and the defendants appealed; *held*, that the appeal was without
merit.

APPEAL from a judgment in the Twenty-second District
Court, County of Sonoma. WALLACE, J.

The action was brought to recover damages and costs, against
the sureties upon an undertaking staying execution on appeal,
given in an action in which the plaintiff had recovered judgment
in ejectment against one Shinn. The answer averred, that,
since the date of the judgment from which the appeal was taken,
a decree of perpetual injunction had been duly made at the suit
of Shinn, enjoining the execution of the judgment in ejectment,
and an exhibit was attached setting out the proceedings in the
injunction suit, from which it appeared that the injunction was
obtained on the ground that since the rendition of the judgment
in ejectment Shinn had acquired the true title to the premises.

The plaintiff demurred to the answer, on the ground that it
did not show any defense. The demurrer was sustained; and
afterwards judgment was entered for the plaintiff. The record
does not contain any amended answer, nor anything to show
that one was filed; but the judgment contains a recital that a
trial was had and witnesses sworn.

*A. Thomas*, for Appellant.

*Barclay Henley*, for Respondent.

The COURT:

We see no merit in the appeal. The judgment is affirmed.